UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONI ANN VALENTI | * | CIVIL ACTION |
| VERSUS | * | NO. 22-611 |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | * | SECTION "S" (2) |

## ORDER

The Court, having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation, and finding that Defendant's Motion to Reverse and Remand was unopposed and as of this date Plaintiff has filed no objection to the Magistrate Judge's Findings and Recommendation, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that Defendant's Unopposed Motion to Reverse and Remand is GRANTED, and judgment is entered REVERSING the Commissioner's decision and REMANDING the case for further administrative proceedings.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is DENIED AS MOOT.

New Orleans, Louisiana, this   28th   day of September, 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE