UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TONI ANN VALENTI | * | CIVIL ACTION |
| VERSUS | * | NO. 22-611 |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY | * | SECTION "S" (2) |

## ORDER

The Court, after considering the submissions of counsel (ECF Nos. 15, 16), the record, the applicable law, the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Attorneys' Fees is GRANTED.

New Orleans, Louisiana, this 28th day of November, 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE